UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **BOBBY ALTON GILLILAND,** | } |
| Plaintiff, | } |
| v. | } Case No.: 6:17-cv-00795-RDP-HNJ |
| **JEFFREY MANORD,** | } |
| Defendant. | } |

## MEMORANDUM OPINION

On July 5, 2017, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action be dismissed without prejudice to Plaintiff's right to refile this action in an appropriate forum.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this July 21, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE